AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| Worldwide Media, Inc. a Florida corporation | ) |
|---|---|
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 0:17-cv-61359-DMM |
| Bryan Adams, an individual and Adams Communications Inc., a Canadian corporation | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Bryan Adams
#500 - 425 Carrall Street,
Vancouver, British Columbia,
Canada V6B6E3

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Darren Spielman, Kain Spielman, P.A.
900 S.E. Third Avenue, Suite 205
Fort Lauderdale, FL 33316
Phone: 954-768-9002
Email: dspielman@complexip.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 07/10/2017



Steven M. Larimore
Clerk of Court

SUMMONS

*s/ Randi Marks*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| Worldwide Media, Inc. a Florida corporation <br><br> *Plaintiff(s)* <br> v. <br> Bryan Adams, an individual and Adams Communications Inc., a Canadian corporation <br><br> *Defendant(s)* | Civil Action No. 0:17-cv-61359-DMM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Adams Communications, Inc.
#500 - 425 Carrall Street,
Vancouver, British Columbia,
Canada V6B6E3

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Darren Spielman, Kain Spielman, P.A.
900 S.E. Third Avenue, Suite 205
Fort Lauderdale, FL 33316
Phone: 954-768-9002
Email: dspielman@complexip.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 07/10/2017



Steven M. Larimore
Clerk of Court

SUMMONS

*s/ Randi Marks*
Deputy Clerk
U.S. District Courts