UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA


Worldwide Media, Inc., a Florida
Corporation,                                          Case No. 17-CV-61359-DMM

       Plaintiff,


  vs.

Bryan Adams, an individual and
Adams Communications Inc., a Canadian
Corporation

       Defendant.

_____/

**PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT**
**PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS**
**AND CORPORATE DISCLOSURE STATEMENT**


      Plaintiff, through its undersigned attorneys, hereby file this disclosure statement pursuant to

Fed.R.Civ.P. 7.1.

      1.) The identity of any parent corporation and any publicly held corporation owning more than

10% of its stock.

      Plaintiff, Worldwide Media, Inc. is NOT a publicly held corporation. The corporate Plaintiff is

a privately held company.

      2.) As for other persons, attorneys, association of persons, firms, law firms, partnerships, and

corporations that have or may have an interest in the outcome of this action, including subsidiaries,

conglomerates, affiliates, parent corporations, publicly traded companies that own 10% or more or a

party's stock, and all other identifiable legal entities related to any party in the case:

      Plaintiff: None.

Defendant: Unknown.

3.)   The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

Plaintiff: None.

Defendant: Unknown.

Date:  August 14, 2017                                 /s/*Darren Spielman*_____
                                                       Darren Spielman (FL Bar 010868)
                                                       dspielman@complexip.com
                                                       Robert Kain (FL Bar 266760)
                                                       rkain@complexip.com
                                                       Kain Spielman, P.A.
                                                       900 SE 3rd Ave. Suite, 205
                                                       Ft. Lauderdale, FL 33316
                                                       Tel: 954-768-9002
                                                       Fax: 954-768-0158
                                                       Attorneys for Plaintiff


                                                       John Berryhill, Ph.D., Esq.
                                                       (*pro hac vice* to be filed)
                                                       john@johnberryhill.com
                                                       204 East Chester Pike
                                                       First Floor, Suite 3
                                                       Ridley Park, PA 19078
                                                       (610) 565-5601
                                                       Attorneys for Plaintiff