UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 17-CV-61359-DMM

Worldwide Media, Inc., a Florida
Corporation

       Plaintiff,

vs.

Bryan Adams, an individual and
Adams Communications Inc., a Canadian
Corporation

       Defendants.
_____/

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rules 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of John Bruce Berryhill of the law firm of John Berryhill, Ph.D., Esq., 204 East Chester Pike, First Floor, Suite 3, Ridley Park, PA 19078, (610) 565-5601, for purposes of appearance as co-counsel on behalf of Worldwide Media, Inc., in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit John Bruce Berryhill to receive electronic filings in this case, and in support thereof states as follows:

       1.     John Bruce Berryhill is not admitted to practice in the Southern District of Florida and is a member in good standing of the United District Court for the Eastern District of Pennsylvania.

2.     Movant, Darren J. Spielman, Esquire, of the law firm of Kain Spielman, P.A., 900 S.E. Third Avenue, Suite 205, Fort Lauderdale, FL 33316, (954) 768-9002, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system.  Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures.  *See* Section 2B of the CM/ECF Administrative Procedures.

3.     In accordance with the local rules of this Court, John Bruce Berryhill has made payment of this Court's $75 admission fee.  A certification in accordance with Rule 4(b) is attached hereto.

4.     John Bruce Berryhill, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to John Bruce Berryhill at email address: john@johnberryhill.com.

WHEREFORE, Darren J. Spielman, moves this Court to enter an Order John Bruce Berryhill, to appear before this Court on behalf of Worldwide Media, Inc., for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to John Bruce Berryhill.

Date: August 21, 2017                              Respectfully submitted,


                                    */s/Darren Spielman*
                                    Darren J. Spielman, Esq.
                                    Fla Bar ID 010868
                                    dspielman@complexip.com
                                    Kain Spielman, P.A.
                                    900 SE 3rd Ave., Suite 205
                                    Fort Lauderdale, FL 33316
                                    Tel: 954-768-9002
                                    Fax: 954-768-0158
                                    Attorneys for Worldwide Media, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 17-CV-61359-DMM

Worldwide Media, Inc., a Florida
Corporation

      Plaintiff,

vs.

Bryan Adams, an individual and
Adams Communications Inc., a Canadian
Corporation

      Defendants.
_____/

### CERTIFICATION OF JOHN BRUCE BERRYHILL

John Bruce Berryhill, Esquire, pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of United District Court for the Eastern District of Pennsylvania.

                                                  _____
                                                    John Bruce Berryhill



# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA** }
**EASTERN DISTRICT OF PENNSYLVANIA**

    I, Kate Barkman, Clerk of the United States District Court for the Eastern District of Pennsylvania,

    **DO HEREBY CERTIFY** that John Bruce Berryhill, Bar #83911, was duly admitted to practice in said Court on December 1, 1999, and is in good standing as a member of the bar of said Court.

*Kate Barkman*
**KATE BARKMAN**
**Clerk of Court**

**DATED at Philadelphia, Pennsylvania**      BY: *Gail R. Olson*
**on July 13, 2017**                                               Gail R. Olson, Deputy Clerk

Rev. 1/20/17