UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Worldwide Media, Inc., a Florida                              Case No. 17-cv-61359-DMM
Corporation,

     Plaintiff,

vs.

Bryan Adams, an individual and
Adams Communications Inc., a Canadian
Corporation

## RESPONSE TO ORDER TO SHOW CAUSE

     Plaintiff, Worldwide Media, Inc., (herein "Plaintiff" or "Worldwide Media") files this response to the Court's Order to Show Cause (DE 11) regarding the status of service. On July 10, 2017, the Complaint on this matter was filed. Defendant, Bryan Adams, is an individual citizen of Canada and Defendant Adams Communications Inc. is a Canadian Corporation.

     Due to the foreign nature of the Defendants, on July 10, the undersigned sent waiver of service papers in accordance with Fed R. Civ P. 4(d), to Defendants pre-litigation attorney Brett Tolpin. (See Composite Exhibit A). Mr. Tolpin is the attorney who was directing communications to Plaintiff, on behalf of the Defendants, which caused the instant matter. Since the Defendants are both foreign, the time frame for the return of the waiver papers was 60 days, which passed without any contact from Defendants or their counsel.

     Shortly after Defendants failed to waive service, Plaintiff began the process to effectuate service through the Hague Convention. Attached is an affidavit of service agent Plaintiff employed to effectuate such Hague Convention foreign service. (Exhibit B). As noted in the affidavit, there is an expected time delay for foreign service through the Hague Convention into Canada of at least 3-4

months.

This Court has asked for an explanation of regarding compliance with Rule 4(m). Given the foreign nature of Defendants, Plaintiff believes Rule 4(m), does not apply in the instant action. Regardless, Plaintiff has been diligent in trying to avoid any delays by immediately sending the waiver papers. Prior to the conclusion of the original 90 days, Plaintiff also began the Hague Convention service process.

For these reasons, Plaintiff believes there is good cause to continue the prosecution of this matter. Plaintiff requests that this Court suspend the current case schedule (DE 9) and deadlines, so that Plaintiff may effectuate foreign service under the Hague Convention. Plaintiff will agree to provide an update of the status of such foreign service the earlier of every three (3) months or when service is effectuated.

Date: <u>October 10, 2017</u>

*/s/Darren Spielman*
Darren Spielman (FL Bar 010868)
dspielman@complexip.com
Robert Kain (FL Bar 266760)
rkain@complexip.com
Kain Spielman, P.A.
900 SE 3rd Ave. Suite, 205
Ft. Lauderdale, FL 33316
Tel: 954-768-9002
Fax: 954-768-0158
Attorneys for Plaintiff

John Berryhill, Ph.D., Esq.
(*pro hac vice*)
john@johnberryhill.com
204 East Chester Pike
First Floor, Suite 3
Ridley Park, PA 19078
(610) 565-5601
Attorneys for Plaintiff