UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

WORLDWIDE MEDIA, INC., a Florida Corporation,

    Plaintiff,

vs.

BRYAN ADAMS, an individual and
ADAMS COMMUNICATIONS INC., a Canada Corporation,

    Defendants.

Case No. 0:17-cv-61359-DMM

**AFFIDAVIT OF CELESTE INGALLS**

OREGON    )
                  ) ss.
County of Multnomah  )

    I declare that I, Celeste Ingalls, am a citizen of the United States, over the age of twenty-one, not a party nor an attorney for any party in this action, and state the following:

    1.    I am employed by Alan H. Crowe & Associates, Inc. dba Crowe Foreign Services, 1020 SW Taylor Street, Suite 240, Portland, Oregon, and have specialized in the service of civil process in foreign countries for more than 21 years; and

    2.    The United States and Canada are signatory to the Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, Done at the Hague, November 15, 1965, (Hague Service Convention); and

    3.    I have lectured to state/county bar, and other professional, associations on the mechanics and requirements of process service in foreign countries; and

    4.    Since 2003, I have attended, at special invitation as a private expert, the Special Administrative Sessions of the Hague Conference in The Hague, Netherlands, at which each signatory country was represented by their respective Judicial Authorities to discuss the practical mechanics of, and problems encountered in dealing with, the Hague Service Convention and the

Affidavit of Celeste Ingalls
Re: Worldwide Media, Inc. v. Bryan Adams, et al.

Page 1 of 2

Exhibit B

Hague Evidence Convention as they apply to each country's laws and interpretations of the Convention and its obligations; and

5.  I have participated (at invitation) with the Hague Administration in a "training" session, presided over by the Hague Administration, to provide guidance to a foreign Central Authority and its courts on their practical obligations with respect to service under the provisions of the Hague Service Convention. At this session, it was agreed by the Hague Administration that although it contradicts the spirit of the Hague Service Convention, each signatory country has the discretion to interpret the Convention articles in a way that conforms to their internal law; and

6.  On September 25, 2017, I forwarded the Summons in a Civil Action, Complaint, with Exhibit A, Pretrial Rescheduling Order, with Appendix A, and Notice of Consent, to the Central Authority in Canada to be served upon **Bryan Adams** and **Adams Communications Inc.** in accordance with the Hague Service Convention; and

7.  No signatory nation is obligated under the Hague Service Convention to provide status with respect to service of documents in its possession; and

8.  The Hague Service Convention does not impose an obligatory time frame; and

9.  My experience has been that service in Canada in accordance with the Hague Service Convention takes an average of 3 to 4 months to complete and receive a Hague Certificate of Service from a Canadian authority.

_____
Celeste Ingalls

SUBSCRIBED AND SWORN to before me this 29th day of September, 2017.

_____
Notary Public for Oregon



OFFICIAL STAMP
NAO SAKAMOTO
NOTARY PUBLIC-OREGON
COMMISSION NO. 944775
MY COMMISSION EXPIRES NOVEMBER 15, 2019

---

Affidavit of Celeste Ingalls
Re: Worldwide Media, Inc. v. Bryan Adams, et al.

Page 2 of 2