UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Worldwide Media Inc., a Florida Corporation        Case No. 17-cv-61359-DMM
    Plaintiff,

vs.

Bryan Adams, and individual and
Adams Communications Inc., a Canadian Corporation

## DECLARATION OF JOHN BERRYHILL

I, John Berryhill, declare as follows:

1. At all times relevant to this Action, Defendants Bryan Adams and Adams Communications Inc. have maintained registration of the internet domain name and corresponding website at BryanAdams.com through which Defendants conduct business.

2. Attached as Exhibit A is a true and correct print-out of the Internet Corporation for Assigned Names and Numbers WHOIS data for Defendants' registered domain name retrieved on January 16, 2018.

3. After Defendants failed to waive service in this action, I engaged Alan H. Crowe & Associates d/b/a Crowe Foreign Services of Portland, Oregon to effectuate service on Defendant Bryan Adams and Adams Communication at Defendants' place of business as published in the registration data for Defendants' BryanAdams.com internet domain name.  I further received from such agents the attached Affidavit of Celeste Ingalls confirming transmission of the service documents to the Canadian Central Authority for Hague Service attached as Exhibit B

4. On January 8, 2018, I received by courier the documents attached as Exhibit C stating that service was attempted several times on the registered address of Defendants' business, stating that a Deputy Sheriff for the Province of British Columbia visited the address on October 11, 2017, and was advised that the manager of that location was unavailable.  On a subsequent visit to the office location, the Deputy Sheriff was further advised that Defendant Bryan Adams was residing in the UK.  The Deputy Sheriff concluded the individual Defendant was not present at his business location, and advised that service on the corporate Defendant was continuing.  Further to these visits, as noted in Exhibit C, the Canadian Authority eventually received a return of service on Adams Communications Inc. from a "Croydon Collier" which does not deny that Adams Communications Inc. receives communications at the registered address, but which stated that individual Defendant resides in the UK.

I further declare that all statements of fact herein made on personal knowledge are true and that all statements based on information and belief are believed true.

      16 January 2018        __/John B. Berryhill/_____
                                                     John B. Berryhill
                                                     JOHN B. BERRYHILL LLC
                                                     204 E. Chester Pike
                                                     Ridley Park, PA  19078
                                                     john@johnberryhill.com

**Exhibit A to Affidavit of John Berryhill**



**Exhibit B to Affidavit of John Berryhill**

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

WORLDWIDE MEDIA, INC., a Florida Corporation,

    Plaintiff,

vs.

BRYAN ADAMS, an individual and
ADAMS COMMUNICATIONS INC., a Canada Corporation,

    Defendants.

Case No. 0:17-cv-61359-DMM

## AFFIDAVIT OF CELESTE INGALLS

OREGON           )
                              ) ss.
County of Multnomah )

    I declare that I, Celeste Ingalls, am a citizen of the United States, over the age of twenty-one, not a party nor an attorney for any party in this action, and state the following:

    1.    I am employed by Alan H. Crowe & Associates, Inc. dba Crowe Foreign Services, 1020 SW Taylor Street, Suite 240, Portland, Oregon, and have specialized in the service of civil process in foreign countries for more than 21 years; and

    2.    The United States and Canada are signatory to the Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, Done at the Hague, November 15, 1965, (Hague Service Convention); and

    3.    I have lectured to state/county bar, and other professional, associations on the mechanics and requirements of process service in foreign countries; and

    4.    Since 2003, I have attended, at special invitation as a private expert, the Special Administrative Sessions of the Hague Conference in The Hague, Netherlands, at which each signatory country was represented by their respective Judicial Authorities to discuss the practical mechanics of, and problems encountered in dealing with, the Hague Service Convention and the

Affidavit of Celeste Ingalls
Re: Worldwide Media, Inc. v. Bryan Adams, et al.

Page 1 of 2

Hague Evidence Convention as they apply to each country's laws and interpretations of the Convention and its obligations; and

5.  I have participated (at invitation) with the Hague Administration in a "training" session, presided over by the Hague Administration, to provide guidance to a foreign Central Authority and its courts on their practical obligations with respect to service under the provisions of the Hague Service Convention. At this session, it was agreed by the Hague Administration that although it contradicts the spirit of the Hague Service Convention, each signatory country has the discretion to interpret the Convention articles in a way that conforms to their internal law; and

6.  On September 25, 2017, I forwarded the Summons in a Civil Action, Complaint, with Exhibit A, Pretrial Rescheduling Order, with Appendix A, and Notice of Consent, to the Central Authority in Canada to be served upon **Bryan Adams** and **Adams Communications Inc.** in accordance with the Hague Service Convention; and

7.  No signatory nation is obligated under the Hague Service Convention to provide status with respect to service of documents in its possession; and

8.  The Hague Service Convention does not impose an obligatory time frame; and

9.  My experience has been that service in Canada in accordance with the Hague Service Convention takes an average of 3 to 4 months to complete and receive a Hague Certificate of Service from a Canadian authority.

_____
Celeste Ingalls

SUBSCRIBED AND SWORN to before me this 29th day of September, 2017.

_____
Notary Public for Oregon



OFFICIAL STAMP
NAO SAKAMOTO
NOTARY PUBLIC-OREGON
COMMISSION NO. 944775
MY COMMISSION EXPIRES NOVEMBER 15, 2019

Affidavit of Celeste Ingalls                                           Page 2 of 2
Re: Worldwide Media, Inc. v. Bryan Adams, et al.

**Exhibit C to Affidavit of John Berryhill**





## BRITISH COLUMBIA

10,700-20/Oregon/USA

File Number 2017-267

December 4, 2017

L. Celeste Ingalls
Crowe Foreign Services
1020 SW Taylor Street, Suite 240
Portland Oregon  97205
USA

Dear L. Celeste Ingalls:

Re:  Service of Documents Pursuant to the Hague Convention on the Service Abroad of Judicial or Extra-Judicial Documents in Civil or Commercial Matters - **Bryan Adams, Adams Communications Inc., #500 - 425 Carrall Street, Vancouver, BC  V6B 6E3  Canada**

The above referenced documents received from you were forwarded to the Sheriff on September 28, 2017.

Unfortunately, the Deputy Sheriff was unable to serve these documents.  I am returning your documents with Section 2 of the Certificate completed on the set marked with a red flag.
Also enclosed is a receipt in the amount of $100.00.

Please note that the related request for service on a representative of Adams Communications is still in progress.

Thank you.

Yours truly,

Doris Dardengo
Central Authority Administrator

Enclosures

Page 1 of 1

| | | | |
|---|---|---|---|
| **Ministry of Attorney General** | Legal Services Branch<br>Order in Council Administration | Mailing Address:<br>PO Box 9280 STN PROV GOVT<br>Victoria BC  V8W 9J7<br><br>Telephone:  (250) 387-0724 | Location:<br>1001 Douglas Street<br>Victoria, BC  V8W 2C5<br><br>Facsimile: (250) 387-4349 |



Court File Number: **2017-267**
Registry Location: Oregon/USA

## AFFIDAVIT OF ATTEMPTED SERVICE

IN THE CASE BETWEEN:

**Worldwide Media Inc.**
CLAIMANT

AND:

**Bryan ADAMS**
DEFENDANT

I, Peter HO, Deputy Sheriff #2097, a Deputy Sheriff in and for the Province of British Columbia, MAKE AN OATH AND SAY that the following attempts to serve the Defendant, **Bryan ADAMS,** *Judicial/Extra-judicial Foreign documents* were made:

On October 11, 2017, at 1005 hours, Deputies Sheriff #760 and #2001 attended the provided service address, where the deputies learned that the Defendant currently lives in London, UK. Bruce ALLEN, company representative for Bruce Allen Talent, was at the service address but in a meeting. Deputies left behind a business card with the contact information for Robson Square Sheriffs with an assistant at the front reception counter.

On November 10, 2017, at 1011 hours, Deputy Sheriff #2097 once again attended the service address. The assistant at the front reception counter stated that the Defendant was still unavailable as he does not currently reside in British Columbia, Canada. The assistant could not provide the deputy with a date when the Defendant would return to British Columbia, Canada.

These documents are being returned not served. Company representatives could not provide a specific date and time when the Defendant would return to British Columbia, Canada. ~~Due to operational requirements, within the timeframe allotted, sheriffs were unable to perfect service of these documents~~

SWORN before me in the City of Vancouver
In the Province of British Columbia
This 10th day of November, 2017

_____
**Commissioner for taking Affidavits for British Columbia**

CARLOS FERREIRA
A Commissioner for taking Affidavits
for British Columbia
Expiry March 31, 2019

_____
Deputy Sheriff #2097 Peter HO

**Ministry of Justice**

Robson Square
Provincial court
Sheriff's Office

800 Hornby St.
Vancouver, BC
Telephone: (604) 660-7810
Facsimile: (604) 660-7050

# CERTIFICATE
## ATTESTATION

The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

☐ 1. that the document has been served*
   que la demande a été exécutée*

| — the (date) / le (date): | |
|---|---|
| — at (place, street, number):<br>à (localité, rue, numéro) : | |

| — in one of the following methods authorised by Article 5:<br>dans une des formes suivantes prévues à l'article 5 : |
|---|
| ☐ a) in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention*<br>selon les formes légales (article 5, alinéa premier, lettre a)* |
| ☐ b) in accordance with the following particular method*:<br>selon la forme particulière suivante* : |
| ☐ c) by delivery to the addressee, if he accepts it voluntarily*<br>par remise simple* |

The documents referred to in the request have been delivered to:
Les documents mentionnés dans la demande ont été remis à :

| Identity and description of person:<br>Identité et qualité de la personne : | |
|---|---|
| Relationship to the addressee (family, business or other):<br>Liens de parenté, de subordination ou autres, avec le destinataire de l'acte : | |

☑ 2. that the document has not been served, by reason of the following facts*:
   que la demande n'a pas été exécutée, en raison des faits suivants* :

*See attached affidavit*

☐ In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.
Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*.

ROBSON SQUARE PROVINCIAL COURT
Suite #100 - 800 Hornby Street
Vancouver, B.C.
V6Z 2C5

**Annexes** / *Annexes*

| Documents returned:<br>Pièces renvoyées : | |
|---|---|
| In appropriate cases, documents establishing the service:<br>Le cas échéant, les documents justificatifs de l'exécution : | |

* if appropriate / s'il y a lieu

| Done at / Fait à  *800 Hornby ST.*<br>The / le  *Vancouver, BC*<br>*10th of November, 2017* | Signature and/or stamp<br>Signature et / ou cachet<br><br>*[signature]*<br><br>*Peter Ho*<br>*DS #2097* |
|---|---|

# REQUEST
## FOR SERVICE ABROAD OF JUDICIAL OR EXTRA JUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ETRANGER*
*D'UN ACTE JUDICIARE OU EXTRAJUDICIAIRE*

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965

*Convention relative à la signification et à la notification à l'étrangè des actes judiciares ou extrajudiciaires en matierè civile ou commerciale, signée à La Hage, le 15 Novembrè 1965.*

| Identity and address of the applicant<br>*Indentité et adresse du requérant* | Address of receiving authority<br>*Adrese de l'autorité destinataire* |
|---|---|
| L. Celeste Ingalls**<br>Crowe Foreign Services<br>1020 SW Taylor Street, Suite 240<br>Portland, Oregon 97205<br>USA<br>Email: Lci@foreignservices.com<br>Fax Number: 1-503-222-3950 | Central Authority Administrator<br>Service for Hague Convention<br>Ministry of Justice/ Order in Council<br>1001 Douglas Street<br>Victoria, British Columbia<br>Canada V8W 2C5<br>T (250) 387-4376 F (250) 387-4349 |

The undersigned applicant has the honour to transmit - in duplicate - the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)

*Le requérant soussigné a l'honneur de faire parvenir - en double exemplaire - a l'autorité destinataire les documents ci-dessous énumérés en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savior:*
*(identité et adresse)*

**Bryan Adams**
**At the address of: Adams Communications Inc.**
**#500-425 Carrall Street**
**Vancouver, BC V6B 6E3**

☑ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
  *a) selon les formes légales (article 5, alinéa premier, lettre a).*

☐ ~~(b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:~~
  ~~*b) selon la forme particulière suivante (article 5, alinéa premier, lettre b):*~~

☐ ~~(c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.~~
  ~~*c) le cas échéant, par remise simple (article 5, alinéa 2).*~~

The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes* - with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes - avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

Executed "Summary" (2 pages)
Summons in a Civil Action
Complaint, with Exhibit A
Pretrial Rescheduling Order, with Appendix A
Notice of Consent

Done at Portland, Oregon, USA, the 25 day of Sept , 2017.
*Fait à Portland, Oregon, USA, le...*

Signature and/or stamp.
*Signature et/ou cachet*

OFFICIAL STAMP
LYLE CELESTE INGALLS
NOTARY PUBLIC-OREGON
COMMISSION NO. 925256
MY COMMISSION EXPIRES FEBRUARY 13, 2018

L. Céleste Ingalls



\* Delete if inappropriate
  *Rayer les mentions inutiles*

\** Authorized applicant pursuant to Rule 4(c)(2) of the Federal Rules of Civil Procedure, Public Law 97-462



## BRITISH COLUMBIA

10,700-20/Oregon/USA                                      File Number 2017-268

December 27, 2017

L. Celeste Ingalls
Crowe Foreign Services
1020 SW Taylor Street, Suite 240
Portland Oregon  97205
USA

Dear L. Celeste Ingalls:

Re:   Service of Documents Pursuant to the Hague Convention on the Service Abroad of Judicial or Extra-Judicial Documents in Civil or Commercial Matters - **Adams Communications Inc. (agent, officer or authorized representative), #500 - 425 Carrall Street, Vancouver, BC V6B 6E3  Canada**

The above referenced documents received from you were forwarded to the Sheriff on September 28, 2017.

Unfortunately, the Deputy Sheriff was unable to serve these documents.

I am returning your documents with Section 2 of the Certificate completed on the set marked with a red flag.

Also enclosed is a receipt in the amount of $100.00.

Thank you.

Yours truly,

*[signature]*

Doris Dardengo
Central Authority Administrator

Enclosures

Page 1 of 1

| **Ministry of Attorney General** | Legal Services Branch<br>Order in Council Administration | Mailing Address:<br>PO Box 9280 STN PROV GOVT<br>Victoria BC  V8W 9J7 | Location:<br>1001 Douglas Street<br>Victoria, BC  V8W 2C5 |
|---|---|---|---|
| | | Telephone:  (250) 387-0724 | Facsimile: (250) 387-4349 |

# CERTIFICATE
## ATTESTATION

The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

☐ 1. that the document has been served*
que la demande a été exécutée*

| | |
|---|---|
| — the (date) / le (date): | ~~15 Dec 2017~~ |
| — at (place, street, number):<br>à (localité, rue, numéro) : | |

— in one of the following methods authorised by Article 5:
dans une des formes suivantes prévues à l'article 5 :

☐ a) in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention*
selon les formes légales (article 5, alinéa premier, lettre a)*

☐ b) in accordance with the following particular method*:
selon la forme particulière suivante* :

☐ c) by delivery to the addressee, if he accepts it voluntarily*
par remise simple*

The documents referred to in the request have been delivered to:
Les documents mentionnés dans la demande ont été remis à :

| | |
|---|---|
| **Identity and description of person:**<br>Identité et qualité de la personne : | |
| **Relationship to the addressee (family, business or other):**<br>Liens de parenté, de subordination ou autres, avec le destinataire de l'acte : | |

☒ 2. that the document has not been served, by reason of the following facts*:
que la demande n'a pas été exécutée, en raison des faits suivants*:

*Bryan ADAMS is living outside the country in London, England. Nobody at address is part of the Adams Communications Inc Company.*

☐ In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.
Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*.

**Annexes** / Annexes

ROBSON SQUARE PROVINCIAL COURT
Suite #100 - 800 Hornby Street
Vancouver, B.C
V6Z 2C5

| | |
|---|---|
| **Documents returned:**<br>Pièces renvoyées : | |
| **In appropriate cases, documents establishing the service:**<br>Le cas échéant, les documents justificatifs de l'exécution : | |

* if appropriate / s'il y a lieu

Done at / Fait à Vancouver BC
The / le 15 December 2017

Signature and/or stamp
Signature et / ou cachet

*[signature]*
DS Croydon Collier

# REQUEST
## FOR SERVICE ABROAD OF JUDICIAL OR EXTRA JUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ETRANGER*
*D'UN ACTE JUDICIARE OU EXTRAJUDICIAIRE*

Convention on the service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965

*Convention relative à la signification et à la notification à l'étranger des actes judiciares ou extrajudiciares en matierè civile ou commerciale, signée à La Hage, le 15 Novembrè 1965.*

| Identity and address of the applicant<br>*Indentité et adresse du requérant* | Address of receiving authority<br>*Adrese de l'autorité destinataire* |
|---|---|
| L. Celeste Ingalls**<br>Crowe Foreign Services<br>1020 SW Taylor Street, Suite 240<br>Portland, Oregon 97205<br>USA<br>Email: Lci@foreignservices.com<br>Fax Number: 1-503-222-3950 | Central Authority Administrator<br>Service for Hague Convention<br>Ministry of Justice/ Order in Council<br>1001 Douglas Street<br>Victoria, British Columbia<br>Canada V8W 2C5<br>T (250) 387-4376 F (250) 387-4349 |

The undersigned applicant has the honour to transmit - in duplicate - the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
    (identity and address)
*Le requérant soussigné a l'honneur de faire parvenir - en double exemplaire - a l'autorité destinataire les documents ci-dessous énumérés en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savior:*
    *(identité et adresse)*

**Adams Communications Inc.**
**#500-425 Carrall Street**
**Vancouver, BC V6B 6E3**

☒ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    *a) selon les formes légales (article 5, alinéa premier, lettre a).*

☐ ~~(b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:~~
    ~~*b) selon la forme particulière suivante (article 5, alinéa premier, lettre b):*~~

☐ ~~(c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.~~
    ~~*c) le cas échéant, par remise simple (article 5, alinéa 2).*~~

The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes* - with a certificate as provided on the reverse side.
    *Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes - avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

Done at Portland, Oregon, USA, the 25 day of Sept, 2017.
*Fait à Portland, Oregon, le...*

**Signature and/or stamp.**
*Signature et/ou cachet*

Executed "Summary" (2 pages)
Summons in a Civil Action
Complaint, with Exhibit A
Pretrial Rescheduling Order, with Appendix A
Notice of Consent



OFFICIAL STAMP
LYLE CELESTE INGALLS
NOTARY PUBLIC-OREGON
COMMISSION NO. 925256
MY COMMISSION EXPIRES FEBRUARY 13, 2018

L. Celeste Ingalls

\*   **Delete if inappropriate**
    *Rayer les mentions inutiles*

\*\*   **Authorized applicant pursuant to Rule 4(c)(2) of the**
     **Federal Rules of Civil Procedure, Public Law 97-462**