UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Worldwide Media, Inc., a Florida                            Case No. 17-cv-61359-DMM
Corporation,

      Plaintiff,

vs.

Bryan Adams, an individual and
Adams Communications Inc., a Canadian
Corporation

### PLAINTIFF'S SECOND STATUS REPORT REGARDING SERVICE OF PROCESS

      Plaintiff, Worldwide Media, Inc., (herein "Plaintiff" or "Worldwide Media") files this second status report as required by this Court's Order (DE 15) regarding the status of service on the foreign Defendants.

      As noted in Plaintiff's first service status report, Plaintiff engaged an agent for effecting service on Defendants' published place of business. Plaintiff's agent has provided an updated Affidavit regarding the status of service. (See Exhibit 1)

      In relation to the corporate Defendant, Adams Communications, the Plaintiff had reasonably relied upon contact details provided by Defendant Adams Communications, for which Defendant is contractually obligated, under an agreement enforcible in this judicial district, to maintain accurate and reliable information in the WHOIS database for its business, and to periodically review such contact details for accuracy. (See Exhibit 2, Declaration of John Berryhill ).  As detailed in the prior status report and the attached Exhibit 1, after multiple attempts at service, Plaintiff's service agent conducted additional research and found an alternate corporate address for Adams Communication. As a result, the Hague Convention process for service on this new address has begun. The service agent noted that

such Hague Convention process can take up to 3 or 4 months.

Defendants refusal to waive service and continued avoidance of service through what is required to be an accurate and reliable business address, is highly contrary to their aggressive and urgent original communications directed at Plaintiff regarding the domain property at issue.  Plaintiff again asks this Court for its continued patience while the foreign process agents work on this task.

Regarding the service on the individual co-Defendant Bryan Adams, Plaintiff has faced siginificant difficulty locating a genuine alternate address. As a result, Plaintiff intends on filing a voluntary dismissal, without prejudice, regarding co-Defendant Bryan Adams.

Wherefore, Plaintiff requests a continued stay of this matter for an additional 90 days, at which time, Plaintiff will provide the Court with another status report if the corporate Defendant has not yet been served.

Date: February 7, 2018

/s/Darren Spielman
Darren Spielman (FL Bar 010868)
dspielman@complexip.com
Robert Kain (FL Bar 266760)
rkain@complexip.com
Kain Spielman, P.A.
900 SE 3rd Ave. Suite, 205
Ft. Lauderdale, FL 33316
Tel: 954-768-9002
Fax: 954-768-0158
Attorneys for Plaintiff

John Berryhill, Ph.D., Esq.
(*pro hac vice*)
john@johnberryhill.com
204 East Chester Pike
First Floor, Suite 3
Ridley Park, PA 19078
(610) 565-5601
Attorneys for Plaintiff