UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Worldwide Media, Inc., a Florida corporation,    Case No. 0:17-cv-61359-DMM

        Plaintiff,

vs.

Bryan Adams, an individual and
Adams Communications Inc., a Canadian
Corporation,

        Defendants.

### AFFIDAVIT OF CELESTE INGALLS

I declare that I, Celeste Ingalls, am a citizen of the United States, over the age of twenty-one, not a party nor an attorney for any party in this action, and state the following:

1. I am employed by Alan H. Crowe & Associates, Inc. dba Crowe Foreign Services, 1020 SW Taylor Street, Suite 240, Portland, Oregon, and I have specialized in the service of civil process in foreign countries for more than 22 years.

2. The United States and Canada are both signatories to the Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, Done at The Hague, November 15, 1965, (Hague Service Convention).

3. I have lectured to state/county bar, and other professional, associations on the mechanics and requirements of process service in foreign countries.

4. Since 2003, I have attended, at special invitation as a private expert, all Special Administrative Sessions of the Hague Conference in The Hague, Netherlands, at which signatory countries are represented by their respective Judicial Authorities to discuss the practical mechanics of, and problems encountered in dealing with, the Hague Service Convention and the Hague Evidence Convention as they apply to each country's laws and interpretations of the Convention and its obligations; and have participated (at invitation)

---

Affidavit of Celeste Ingalls                          Page 1 of 3
Re: Hague service upon Adams Communications Inc.

with the Hague Administration in a "training" session, presided over by the Hague Administration, to provide guidance to a foreign Central Authority and its courts on their practical obligations with respect to service under the provisions of the Hague Service Convention. At this session, it was agreed by the Hague Administration that although it contradicts the spirit of the Hague Service Convention, each signatory country has the discretion to interpret the Convention articles in a way that conforms to their internal law; and

5. In accordance with Rule 4 (f)(1), of the Federal Rules of Civil Procedure, service outside the United States shall be subject to the provisions of the Hague Service Convention; and

6. On September 25, 2017, I forwarded the Summons, Complaint with Exhibit A, Pretrial Rescheduling Order, with Appendix A, and Notice of Consent to the designated Central Authority for British Columbia, Canada, to be properly served in Canada upon **Adams Communications Inc.** in accordance with the Hague Service Convention; and

7. On January 3, 2018, I received a Certificate of Non-Service from the Central Authority for British Columbia, Canada indicating service could not be made at the provided address provided #500-425 Carrall Street, Vancouver, BC V6B 6E3 Canada because Bryan Adams was "out of the country"; and

8. On January 25, 2018, the corporate records for Adams Communications Inc. were obtained from the British Columbia, Canada corporate registry showing a registered address of Suite 2300 Bentall 5, 550 Burrard Street, Box 30, Vancouver, BC V6C 2B5 Canada; and

9. On January 29, 2018, the Summons, Complaint with Exhibit A, Pretrial Rescheduling Order, with Appendix A, and Notice of Consent were forwarded to the designated Central Authority for British Columbia, Canada with a new Hague Request that they be properly served in Canada upon **Adams Communications Inc.** in accordance with the Hague Service Convention; and

10. No signatory nation is obligated under the Hague Service Convention to provide status with respect to service of documents in its possession; and

11. The Hague Service Convention does not impose an obligatory time frame.

12. My experience has been that service in Canada in accordance with the Hague Service Convention takes an average of 3 to 4 months to complete.

*Celeste Ingalls*

SUBSCRIBED AND SWORN to before me this ___ day of February, 2018.

_____
Notary Public for Oregon

OFFICIAL STAMP
NAO SAKAMOTO
NOTARY PUBLIC-OREGON
COMMISSION NO. 944775
MY COMMISSION EXPIRES NOVEMBER 15, 2019