UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-61359-CV-MIDDLEBROOKS

WORLDWIDE MEDIA, INC.,

    Plaintiff,

v.

ADAMS COMMUNICATIONS, INC.,
and BRYAN ADAMS,

    Defendants.
_____/

## ORDER CANCELLING CALENDAR CALL AND TRIAL

THIS CAUSE comes before the Court *sua sponte*. In light of the Court's Order requiring Plaintiff to update the Court on the status of its service of process on Defendants under the Hague Convention by April 24, 2018 (DE 17), and the impending calendar call and trial period, it is hereby

**ORDERED AND ADJUDGED** that:

(1) The Calendar Call scheduled for March 28, 2018 at 1:15 p.m. is **CANCELLED**.

(2) The trial scheduled for the two-week period beginning April 2, 2018 is **CANCELLED**.

(3) Within ten (10) days of filing proof of service on Defendants, the Parties **MUST FILE** a joint motion to amend the scheduling order along with a proposed amended scheduling order.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 21 day of February, 2018.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to: Counsel of record