

**BRITISH COLUMBIA**

10,700-20/Oregon/USA

File Number 2018-032

March 6, 2018

Ms. L. Celeste Ingalls
Crowe Foreign Services
1020 SW Taylor Street, Suite 240
Portland Oregon 97205
USA

Dear Ms. L. Celeste Ingalls:

Re: Service of Documents Pursuant to the Hague Convention on the Service Abroad of Judicial or Extra-Judicial Documents in Civil or Commercial Matters - **Adams Communications Inc. (agent, officer or authorized representative), Suite 2300, Bentall 5, 550 Burrard Street, Box 30, Vancouver, BC  V6C 2B5  Canada**

The above-referenced documents have been served upon **Adams Communications Inc. (agent, officer or authorized representative),** as requested pursuant to the terms and conditions of the Hague Convention on the Service Abroad of Judicial or Extra-Judicial Documents in Civil or Commercial Matters.

The completed Certificate is enclosed along with supporting documents.

Also enclosed is a receipt in the amount of $100.00.

Thank you.

Yours truly,

Doris Dardengo
Central Authority Administrator

Enclosures

Page 1 of 1

| **Ministry of Attorney General** | Legal Services Branch<br>Order in Council Administration | Mailing Address:<br>PO Box 9280 STN PROV GOVT<br>Victoria BC  V8W 9J7 | Location:<br>1001 Douglas Street<br>Victoria, BC  V8W 2C5 |
|---|---|---|---|
| | | Telephone: (250) 387-0724 | Facsimile: (250) 387-4349 |

# CERTIFICATE
# ATTESTATION

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
1. *que la demande a été exécutée*
   - the (date) **March 01, 2018 at 1045 hours**
   - *le (date)*
   - at (place, street, number) **2300-550 Burrard Street Vancouver, BC V6C 2B5**
   - *à (localité, rue numéro)*

   - in one of the following methods authorised by article 5-
   - *dans une des formes suivantes prévues à l'article 5:*
     [ ] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
         a) *selon les formes légales (article 5, alinéa premier, lettre a).*

     [X] (b) in accordance with the following particular method*: **Personal Service**
         b) *selon la forme particulière suivante:*

     [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
         c) *par remise simple*

The documents referred to in the request have been delivered to: **BURY, Andrew**
*Les documents mentionnés dans la demande ont été remis à:*

   (identity and description of person)
   *(identité et qualité de la personne)* **Adult Male / Caucasian 5'7, 150lbs. Glasses, Grey/brownish hair.**

   - relationship to the addressee (family, business or other):
   - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* **Lawyer for Adams Communications Inc.**
ph # 604-443-7615

2) that the document has not been served, by reason of the following facts*:
2. *que la demande n'a pas été exécutée, en raison des faits suivants:*

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

**Annex**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

Done at Vancouver, British Columbia, CANADA, the   March 2, 2018
*Fait à _____ , le _____*

Signature and/or stamp.
*Signature et/ou cachet.*



**BRITISH COLUMBIA SHERIFF SERVICE**
**212 - 800 SMITHE STREET**
Vancouver, British Columbia, Canada
V6Z 2E1

T: (604) 660-2601
F: (604) 660-1431

Deputy Sheriff Raymond Prasad #2212

*Delete if inappropriate.
*Rayer les mentions inutiles.*



**Andrew Bury,** QC
Partner

T +1 (604) 443 7615
andrew.bury@gowlingwlg.com



# Receipt  2018032

**Ministry of Attorney General**

Legal Services Branch
Order in Council Administration

**THE SUM OF**

\* \* \* \* ONE HUNDRED \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*   00/XX   $100.00
DOLLARS

**ON ACCOUNT OF**

Service of Documents on Adams Communications Inc. (agent, officer or authorized representative)

**RECEIVED FROM**

Ms. L. Celeste Ingalls
Crowe Foreign Services
1020 SW Taylor Street, Suite 240
Portland Oregon  97205
USA

ON   February 02, 2018

**ISSUING OFFICER**

Central Authority Administrator
for Service of Foreign Documents

# REQUEST
## FOR SERVICE ABROAD OF JUDICIAL OR EXTRA JUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ETRANGER*
*D'UN ACTE JUDICIARE OU EXTRAJUDICIAIRE*

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matierè civile ou commerciale, signée à La Hage, le 15 Novembrè 1965.*

| **Identity and address of the applicant**<br>*Indentité et adresse du requérant* | **Address of receiving authority**<br>*Adrese de l'autorité destinataire* |
|---|---|
| L. Celeste Ingalls**<br>Crowe Foreign Services<br>1020 SW Taylor Street, Suite 240<br>Portland, Oregon 97205<br>USA<br>Email: Lci@foreignservices.com<br>Fax Number: 1-503-222-3950 | Central Authority Administrator<br>Service for Hague Convention<br>Ministry of Justice/ Order in Council<br>1001 Douglas Street<br>Victoria, British Columbia<br>Canada V8W 2C5<br>T (250) 387-4376 F (250) 387-4349 |

The undersigned applicant has the honour to transmit - in duplicate - the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)

*Le requérant soussigné a l'honneur de faire parvenir - en double exemplaire - a l'autorité destinataire les documents ci-dessous énumérés en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savior:*
*(identité et adresse)*

**Adams Communications Inc. (see attached BC company registration)**
**Suite 2300, Bentall 5**
**550 Burrard Street, Box 30**
**Vancouver, BC V6C 2B5**

☒ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
   *a) selon les formes légales (article 5, alinéa premier, lettre a).*

☐ ~~(b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:~~
   ~~*b) selon la forme particulière suivante (article 5, alinéa premier, lettre b):*~~

☐ ~~(c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.~~
   ~~*c) le cas échéant, par remise simple (article 5, alinéa 2).*~~

The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes* - with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes - avec l'attestation figurant au verso.*

**List of documents**
*Enumération des pièces*

Executed "Summary" (2 pages)
Summons in a Civil Action
Complaint, with Exhibit A
Pretrial Rescheduling Order, with Appendix A
Notice of Consent

Done at Portland, Oregon, USA, the 29 day of Jan, 2018.
*Fait à Portland, Oregon, USA, le...*

**Signature and/or stamp.**
*Signature et/ou cachet*



OFFICIAL STAMP
LYLE CELESTE INGALLS
NOTARY PUBLIC-OREGON
COMMISSION NO. 925256
MY COMMISSION EXPIRES FEBRUARY 18, 2020

L. Celeste Ingalls

\* **Delete if inappropriate**
   *Rayer les mentions inutiles*

\*\* **Authorized applicant pursuant to Rule 4(c)(2) of the Federal Rules of Civil Procedure, Public Law 97-462**