**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| WORLDWIDE MEDIA, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BRYAN ADAMS and ADAMS ) <br> COMMUNICATIONS, INC. ) <br> ) <br> Defendant. ) | Case Number: 17-cv-61359-DMM |

**JOINT MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE PLEAD**

Plaintiff Worldwide Media, Inc. and Defendant Adams Communications, Inc. ("ACI") respectfully request a three-week extension of time, until April 12, 2018, for ACI to answer or otherwise plead in response to the Complaint in this action. In support of this motion, the parties state the following:

1.  ACI was served on or about March 1, 2018, and its responsive pleading is therefore due on March 22, 2018.

2.  ACI and Defendant Bryan Adams have retained Brett Tolpin and the law firm of Tolpin & Partners, PC to represent them in this matter. Bryan Adams has waived service pursuant to a request for waiver dated March 15, 2018, meaning that his responsive pleading is due on May 14, 2018.

3.  Pursuant to discussions between counsel for Worldwide Media and ACI, the parties have agreed to a three-week extension of time for ACI to answer or otherwise plead.

4.  This motion is not made for the purpose of delay. The requested extension of time will give counsel for the parties time to explore whether a settlement is possible before a

responsive pleading is necessary.  If a settlement is not possible at this time, the requested extension will give counsel for ACI and Bryan Adams time to prepare one responsive pleading on behalf of both of them, which would be more efficient than filing two separate pleadings at separate times.  ACI and Bryan Adams will also need additional time to locate local counsel in the Southern District of Florida if a settlement is not achieved.

5. Defendants have not yet obtained local counsel, and therefore no appearance has been made for attorneys on behalf of Defendants yet, including Brett Tolpin and the law firm of Tolpin & Partners, PC. As a result, by agreement of counsel, the undersigned is filing this motion.

WHEREFORE, Plaintiff Worldwide Media, Inc. and Defendant ACI respectfully request a three-week extension of time, until April 12, 2018, for ACI to answer or otherwise plead in response to the Complaint in this action.

Respectfully submitted,

Date:   March 21, 2018

By:   /s/Darren Spielman
Darren Spielman (FL Bar 010868)
dspielman@complexip.com
Robert Kain (FL Bar 266760)
rkain@complexip.com
900 SE 3rd Ave., Suite 205
Ft. Lauderdale, FL 33316
Tel: 954-768-9002
Fax: 954-768-0158
Attorneys for Plaintiff

John Berryhill, Ph.D., Esq.
(*pro hac vice* to be filed)
john@johnberryhill.com
204 East Chester Pike

>First Floor, Suite 3
>Ridley Park, PA 19078
>(610) 565-5601
>Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **JOINT MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD** was served via email, as agreed by counsel, to:

>Brett M. Tolpin
>TOLPIN & PARTNERS, PC
>100 N. LaSalle Street, Suite 501
>Chicago, IL 60602
>brett@tolpinlaw.com

on this 21st day of March, 2018.

>       /s/ Darren Spielman          _
>Darren Spielman