**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

| | | |
|---|---|---|
| WORLDWIDE MEDIA, INC., | ) | |
| | ) | Case Number:  17-cv-61359-DMM |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BRYAN ADAMS and ADAMS | ) | |
| COMMUNICATIONS, INC. | ) | |
| | ) | |
| Defendant. | ) | |

**(PROPOSED) ORDER**

WHEREAS, Plaintiff Worldwide Media, Inc. and Defendant Adams Communications, Inc. have jointly moved for a three-week extension of time, until April 12, 2018, for Adams Communications, Inc. to answer or otherwise plead in response to the Complaint in this action; and

WHEREAS, the Court finds that good cause exists for granting such an extension and that the request for this extension is not made for improper purposes of delay;

It is hereby ORDERED that Defendant Adams Communications, Inc. shall have until April 12, 2018 to answer or otherwise plead in response to the Complaint in this action.

March ___, 2018

_____
Hon. Donald M. Middlebrooks
United States District Judge