**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 17-cv-61359-DMM

WORLDWIDE MEDIA, INC.,

       Plaintiff,

v.

BRYAN ADAMS and
ADAMS COMMUNICATIONS, INC.,

       Defendant.

_____/

## <u>NOTICE OF APPEARANCE</u>

Notice is given that Mark E. Stein, Esq. and the law firm of Mark Stein Law P.A., enter their appearance as counsel for Defendants, **BRYAN ADAMS and ADAMS COMMUNICATIONS, INC.** in this proceeding, and request copies of all pleadings, orders and other communications filed or served in this case be sent to the undersigned at mark@marksteinlaw.com and michelle@marksteinlaw.com.

Dated: March 29, 2018                    Respectfully submitted,

                                       **MARK STEIN LAW**

                                       By: /s/Mark E. Stein
                                       Florida Bar No. 818666
                                       2999 N.E. 191st Street, Suite 330
                                       Aventura, Florida 33180
                                       Tel.: (305) 356-7550
                                       Fax: (786) 664-6787
                                       mark@markstein.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 29, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List below in the manner specified, either via transmission of Notice of Electronic Filing Generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:   /s/Mark E. Stein

## SERVICE LIST

Darren Spielman (FL Bar 010868)
dspielman@complexip.com
Robert Kain (FL Bar 266760)
rkain@complexip.com
900 SE 3rd Ave., Suite 205
Ft. Lauderdale, FL 33316
Attorneys for Plaintiff

John Berryhill, Ph.D., Esq.
(*pro hac vice* to be filed)
john@johnberryhill.com
204 East Chester Pike
First Floor, Suite 3
Ridley Park, PA 19078
Attorney for Plaintiff

Brett M. Tolpin
Mark R. Bagley
TOLPIN & PARTNERS, PC
100 N. LaSalle Street, Suite 501
Chicago, IL 60602
brett@tolpinlaw.com
mark@tolpinlaw.com
(Pro hac vice admission to be filed)