IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| WORLDWIDE MEDIA, INC., ) | |
| ) | Case Number: 17-cv-61359-DMM |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| BRYAN ADAMS and ADAMS ) | |
| COMMUNICATIONS, INC. ) | |
| ) | |
| Defendant. ) | |

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
<u>ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING</u>**

In accordance with Local Rules 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of **Mark Bagley** of the law firm of **Tolpin & Partners, PC, 100 North LaSalle Street, Suite 501, Chicago, Illinois 60602**, for purposes of appearance as co-counsel on behalf of *Defendants BRYAN ADAMS and ADAMS COMMUNICATIONS, INC.* in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit **Mark Bagley** to receive electronic filings in this case, and in support thereof states as follows:

1.  **Mark Bagley** is not admitted to practice in the Southern District of Florida, and is a member in good standing of the Missouri Bar, the Illinois Bar, the United States District Court for the Northern District of Illinois; and the United States Courts of Appeals for the Federal Circuit.

2.  Movant, Mark E. Stein, Esquire, of the law firm of Mark Stein Law, 2999 NE 191st Street, Suite 330, Aventura, Florida 33180, 305-356-7550, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized

{F2566857.1 }

to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, **Mark Bagley** has made payment of this Court's $75 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. **Mark Bagley**, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to **Mark Bagley** at email address: **mark@tolpinlaw.com**.

WHEREFORE, Mark E. Stein, moves this Court to enter an Order for **Mark Bagley** to appear before this Court on behalf of *Defendants BRYAN ADAMS and ADAMS COMMUNICATIONS, INC.* for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to **Mark Bagley**.

Date: April 11, 2018

Respectfully submitted,

**MARK STEIN LAW**

By: /s/Mark E. Stein
Florida Bar No. 818666
2999 N.E. 191st Street, Suite 330
Aventura, Florida 33180
Tel.: (305) 356-7550; Fax: (786) 664-6787
mark@markstein.com

*Attorney for Defendants Bryan Adams and Adams Communications, Inc.*

{F2566857.1 }