**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| WORLDWIDE MEDIA, INC., | ) |
|         Plaintiff, | )    Case Number: 17-cv-61359-DMM |
| v. | ) |
| BRYAN ADAMS and ADAMS COMMUNICATIONS, INC. | ) |
|         Defendant. | ) |

**ORDER GRANTING MOTION TO APPEAR**
**_PRO HAC VICE_, CONSENT TO DESIGNATION AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear _Pro Hac Vice_ for Mark Bagley, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby:

ORDERED AND ADJUDGED that:

The Motion is GRANTED. Mark Bagley, may appear and participate in this action on behalf of _Defendants BRYAN ADAMS and ADAMS COMMUNICATIONS, INC_. The Clerk shall provide electronic notification of all electronic filings to Mark Bagley, at mark@tolpinlaw.com.

DONE AND ORDERED in Chambers at _____, Florida, this \_\_\_\_\_ day of _____.

_____
United States District Judge

Copies furnished to: All Counsel of Record

{F2566857.1 }