# Exhibit A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| WORLDWIDE MEDIA, INC., ) | |
| ) | Case Number: 17-cv-61359-DMM |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| BRYAN ADAMS and ADAMS ) | |
| COMMUNICATIONS, INC. ) | |
| ) | |
| Defendant. ) | |

## DECLARATION OF BRYAN ADAMS

I, Bryan Adams, have personal knowledge of the facts stated below and, under penalty of perjury, hereby declare:

1. This Declaration is based on my personal knowledge, and if called upon to do so, I would be prepared to testify as to its truth and accuracy.

2. I am a Canadian citizen.

3. I am the owner of Adams Communications, Inc., one of the defendants in this action.

4. The business address of Adams Communications, Inc. is 425 Carrall Street, Suite 520, Vancouver, British Columbia V6B 6E3, Canada.

5. Adams Communications, Inc. does not have any offices or own any property in Florida.

6. Adams Communications, Inc. does not have any employees or agents located in Florida.

7. Adams Communications, Inc. does not do any regular business in Florida, and it does not have a Florida business license.

8. I do not own any property in Florida.

9. I do not have any agents in Florida.

10. I am a musician and I have given certain occasional musical performances in Florida in the past. Within the past four years, I have given three performances in Florida. In February of 2016, I gave one performance in Clearwater, Florida and one performance in Miami, Florida. In June of 2015, I gave one performance in St. Augustine, Florida. Each of these performances have been part of larger nationwide tours across the United States.

I declare upon penalty of perjury under the laws of the United States that the above statements are, to the best of my knowledge, true and accurate.

Executed on April 11, 2018, in Chicago, Illinois.

_____
Bryan Adams