**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

| | | |
|---|---|---|
| WORLDWIDE MEDIA, INC., | ) | Case Number: 17-cv-61359-DMM |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BRYAN ADAMS and ADAMS | ) | |
| COMMUNICATIONS, INC. | ) | |
| Defendant. | ) | |

**NOTICE OF MEDIATOR SELECTION AND SCHEDULING**

The parties hereby jointly file this notice of mediator selection and scheduling in accordance with this Court's Order (DE 31). The parties have selected: Robert H. Thornburg, Esq., of the law firm, Allen, Dyer, Doppelt + Gilchrist, PA, located at 1221 Brickell Avenue, Suite 2400, Miami, FL 33131, (305) 374-8303, <rthornburg@allendyer.com>. The parties agree to have the mediation on October 9, 2018, beginning at 9:30 am at the offices of the mediator.

Dated: April 24, 2018                    Respectfully submitted

By: /s Darren Spielman
Darren Spielman (FL Bar 010868)
dspielman@complexip.com
Robert Kain (FL Bar 266760)
rkain@complexip.com
900 SE 3rd Ave., Suite 205
Ft. Lauderdale, FL 33316
Tel: (954) 768-9002

John Berryhill, Ph.D., Esq. (*pro hac vice*)
john@johnberryhill.com
204 East Chester Pike
First Floor, Suite 3
Ridley Park, PA 19078
Tel: (610) 565-5601
Attorneys for Plaintiff

By: /s Mark E. Stein
Mark E. Stein, Esq. (FBN 818666)
MARK STEIN LAW
2999 N.E. 191st Street, Suite 330
Aventura, Florida 33180
mark@markstein.com
Tel: (305) 356-7550

Mark R. Bagley (pro hac vice)
TOLPIN & PARTNERS, PC
100 N. LaSalle Street, Suite 501
Chicago, IL 60602
mark@tolpinlaw.com
Phone: (312) 698-8971
Fax: (312) 803-9602
Attorneys for Defendants

Case Number:  17-cv-61359-DMM

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **NOTICE OF MEDIATOR SELECTION** was filed and served ECF, or via email if necessary to the following:

Mark E. Stein, Esq. (FBN 818666)
MARK STEIN LAW
2999 N.E. 191st Street, Suite 330
Aventura, Florida 33180
mark@markstein.com
Tel: (305) 356-7550

Mark R. Bagley
TOLPIN & PARTNERS, PC
100 N. LaSalle Street, Suite 501
Chicago, IL 60602
mark@tolpinlaw.com
Phone: (312) 698-8971
Fax: (312) 803-9602

Attorneys for Defendants

on this 24th day of April, 2018.

      /s/ Darren Spielman
      Darren Spielman