# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| WORLDWIDE MEDIA, INC., ) | |
| ) | Case Number: 17-cv-61359-DMM |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| BRYAN ADAMS and ADAMS ) | |
| COMMUNICATIONS, INC. ) | |
| ) | |
| Defendant. ) | |

## (PROPOSED) ORDER

WHEREAS, Plaintiff Worldwide Media, Inc. may conduct limited jurisdictional discovery for a 45 day period after the date of this Order and shall file a response to Defendants' Motion to Dismiss no later than the last day of the 45 day period; and

WHEREAS, the Court finds that good cause exists for granting such an extension and that the request for this extension is not made for improper purposes of delay;

It is hereby ORDERED that Plaintiff Worldwide Media, Inc. may conduct limited jurisdictional discovery for a 45 day period after the date of this Order and shall file a response to Defendants' Motion to Dismiss no later than the last day of the 45 day period.

April ___, 2018

_____
Hon. Donald M. Middlebrooks
United States District Judge