**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No: 17-cv-61359-DMM

WORLDWIDE MEDIA, INC.,

    Plaintiff,

v.

BRYAN ADAMS and ADAMS
COMMUNICATIONS, INC

    Defendants.
_____/

## JOINT NOTICE OF SETTLEMENT

    Plaintiff, WORLDWIDE MEDIA, INC. and Defendants, BRYAN ADAMS and ADAMS COMMUNICATIONS, INC. (each a "Party" and collectively the "Parties"), hereby notify the Court that they have settled their claims against each other in this matter.

    Subject to completion of certain events set forth in the settlement agreement, the Parties will submit an agreed order of dismissal of this action no later than June 30, 2018.

By: /s/Darren Spielman
Darren Spielman (FL Bar 010868)
dspielman@complexip.com
Robert Kain (FL Bar 266760)
rkain@complexip.com
900 SE 3rd Ave., Suite 205
Ft. Lauderdale, FL 33316
Tel: (954) 768-9002

John Berryhill, Ph.D., Esq. (*pro hac vice*)
john@johnberryhill.com
204 East Chester Pike
First Floor, Suite 3
Ridley Park, PA 19078
Tel: (610) 565-5601
Attorneys for Plaintiff

By: /s/Mark Bagley
Mark R. Bagley (pro hac vice)
TOLPIN & PARTNERS, PC
100 N. LaSalle Street, Suite 501
Chicago, IL 60602
mark@tolpinlaw.com
Phone: (312) 698-8971
Fax: (312) 803-9602

Mark E. Stein, Esq. (FBN 818666)
MARK STEIN LAW
2999 N.E. 191st Street, Suite 330
Aventura, Florida 33180
mark@markstein.com
Tel: (305) 356-7550
Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **JOINT NOTICE OF SETTLEMENT** was filed and served ECF, or via email if necessary to the following:

Mark E. Stein, Esq. (FBN 818666)
MARK STEIN LAW
2999 N.E. 191st Street, Suite 330
Aventura, Florida 33180
mark@markstein.com
Tel: (305) 356-7550

Mark R. Bagley
TOLPIN & PARTNERS, PC
100 N. LaSalle Street, Suite 501
Chicago, IL 60602
mark@tolpinlaw.com
Phone: (312) 698-8971
Fax: (312) 803-9602

Attorneys for Defendants

on this _25 day of June, 2018.


      /s/  Darren Spielman
      Darren Spielman