IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No: 17-cv-61359-DMM

WORLDWIDE MEDIA, INC.,

    Plaintiff,

v.

BRYAN ADAMS and ADAMS
COMMUNICATIONS, INC

    Defendants.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, WORLDWIDE MEDIA, INC. and Defendants, BRYAN ADAMS and ADAMS COMMUNICATIONS, INC. (each a "Party" and collectively the "Parties"), hereby notify the Court that they have settled their claims against each other in this matter. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Parties stipulate to dismissal with prejudice of all claims and counterclaims that were raised or that could have been raised in the above-captioned action as to each other, with each Party to bear its own attorneys' fees and costs.

The Parties request that this Court retain jurisdiction to interpret and enforce the terms of the parties' settlement.

By: /s Darren Spielman
Darren Spielman (FL Bar 010868)
dspielman@complexip.com
Robert Kain (FL Bar 266760)
rkain@complexip.com
900 SE 3rd Ave., Suite 205
Ft. Lauderdale, FL 33316
Tel: (954) 768-9002

John Berryhill, Ph.D., Esq. (*pro hac vice* )
john@johnberryhill.com
204 East Chester Pike
First Floor, Suite 3
Ridley Park, PA 19078
Tel: (610) 565-5601
Attorneys for Plaintiff

By: /s/Mark Bagley
Mark R. Bagley (pro hac vice)
TOLPIN & PARTNERS, PC
100 N. LaSalle Street, Suite 501
Chicago, IL 60602
mark@tolpinlaw.com
Phone: (312) 698-8971
Fax: (312) 803-9602

Mark E. Stein, Esq. (FBN 818666)
MARK STEIN LAW
2999 N.E. 191st Street, Suite 330
Aventura, Florida 33180
mark@markstein.com
Tel: (305) 356-7550
Attorneys for Defendants

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** was filed and served ECF, or via email if necessary to the following:

Mark E. Stein, Esq. (FBN 818666)
MARK STEIN LAW
2999 N.E. 191st Street, Suite 330
Aventura, Florida 33180
mark@markstein.com
Tel: (305) 356-7550

Mark R. Bagley
TOLPIN & PARTNERS, PC
100 N. LaSalle Street, Suite 501
Chicago, IL 60602
mark@tolpinlaw.com
Phone: (312) 698-8971
Fax: (312) 803-9602

Attorneys for Defendants

                                            on this _28_ day of June, 2018.

                                            _____/s/Darren Spielman_____
                                                  Darren Spielman