IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| WORLDWIDE MEDIA, INC., | ) | |
| | ) | Case Number: 17-cv-61359-DMM |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BRYAN ADAMS and ADAMS | ) | |
| COMMUNICATIONS, INC. | ) | |
| | ) | |
| Defendant. | ) | |

**FINAL ORDER OF DISMISSAL WITH PREJUDICE AND
ORDER DENYING ALL PENDING MOTIONS AS MOOT**

THIS MATTER is before the Court upon the parties' Joint Stipulation of Dismissal with Prejudice (ECF No. 41). It is:

**ADJUDGED** that this action is **DISMISSED with prejudice.** All parties shall bear their own attorneys' fees and costs. The Court retains jurisdiction to enforce the terms of the parties' Settlement Agreement. It is also:

**ADJUDGED** that all pending motions in this case are **DENIED AS MOOT,** and this case is **CLOSED.**

June ___, 2018

_____
Hon. Donald M. Middlebrooks
United States District Judge

Copies provided to:
All Counsel of Record