UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-61359-CV-MIDDLEBROOKS

WORLDWIDE MEDIA, INC.,

    Plaintiff,

v.

ADAMS COMMUNICATIONS, INC.,
and BRYAN ADAMS,

    Defendants.
_____/

## ORDER CLOSING CASE

THIS CAUSE comes before the Court on the Stipulation of Dismissal with Prejudice ("Joint Stipulation"), filed by the Parties on June 28, 2018. (DE 41). The Court congratulates the Parties on their amicable resolution of this matter and notes that pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), the Parties' Stipulation is self-executing and no order of the Court is required to dismiss this action. Accordingly, it is hereby

**ORDERED and ADJUDGED** that

(1) The above-styled action is **DISMISSED WITH PREJUDICE.**

(2) Each party shall bear its own attorneys' fees and costs.

(3) The Court retains jurisdiction for 120 days to enforce the settlement agreement between the Parties.

(4) The Clerk of Court shall **CLOSE this CASE** and **DENY** all pending motions **AS MOOT**.

**DONE AND ORDERED** in Chambers, at West Palm Beach, Florida, this 28 day of June, 2018.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record